**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 15-60716-CIV-DIMITROULEAS

DR. DAVID S. MURANSKY, individually
and on behalf of all others similarly situated,

              Plaintiff,

vs.

GODIVA CHOCOLATIER, INC.,
a New Jersey corporation

              Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT

THIS CAUSE came before the Court on Defendant's Motion to Dismiss the original
Complaint ("Motion"), filed herein on May 26, 2015 (DE 12), and the Court noting that Plaintiff
has filed an Amended Complaint (DE 16) and being otherwise advised in the premises, it is
hereby:

**ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss the original
Complaint (DE 12) is **DENIED** as moot.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale in Broward County, Florid, this
12th day of June 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
  Counsel of Record