UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 0:15-cv-60716-WPD

| | |
|---|---|
| DR. DAVID S. MURANSKY, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )  **CLASS ACTION** |
| v. | )<br>)<br>) |
| GODIVA CHOCOLATIER, INC., a New Jersey corporation, | )<br>)<br>) |
| Defendant. | |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND AND REPLY TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Dr. David S. Muransky, and Defendant, Godiva Chocolatier, Inc. (collectively "the Parties"), through their undersigned counsel, hereby jointly move for an extension of time in which for Plaintiff to respond to Defendant's Motion to Dismiss the Amended Class Action Complaint and for Defendant to file its Reply, and as grounds therefor, state as follows:

1.  Defendant filed its motion to dismiss Plaintiff's Amended Complaint on June 23, 2015. [ECF No. 21]. Accordingly, Plaintiff's response is due on or before July 10, 2015.

2.  Because of the issues raised in Defendant's response brief, and despite Plaintiff's diligent efforts to meet the current due date, Plaintiff requires additional time to research and properly reply to the response.

3.  Plaintiff therefore requests a modest extension of two weeks days to submit his response to Defendant's motion to dismiss, up to and including, July 24, 2015. Barring exigent

circumstances, Plaintiff does not anticipate any other extension in this mate with respect to the pending Motion to Dismiss. [ECF No. 21].

4.   Likewise, Defendant for well-founded reasons is unable to file a Reply on the anticipated due date and would therefore need an extension until August 17, 2015 in order to file its Reply.

## MEMORANDUM

Pursuant to Fed.R.Civ.P. 6(b), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made before the original time or its extension expires; . . ." Fed. R. Civ. P. 6(b)(1)(a). Beaulieu v. Board of Trustees University of West Florida, No. 3: 07cv30/RV/EMT (N.D. Fla. Aug. 28, 2009). "Good cause," necessary for an extension of time under rule 6(b)(1)(A), "generally means a substantial reason amounting in law to a legal excuse for failing to perform an act required by law." Black's Law Dictionary 692 (6th ed.1990). See Black's Law Dictionary 251 (9th ed. 2009)("good cause. . . . A legally sufficient reason."). Showing good cause is not a particularly demanding requirement. *See United States v. Portillo-Quezada*, Nos. 03-20051, 08-2295, 2010 WL 396309, at *1 (D. Kan. Jan. 27, 2010) (finding good cause where attorney argued only that he "needs additional time to contact a witness for the Government at the trial of this case who may recant or change her testimony in material respects. Completion of research and drafting of the memorandum in support is also needed.").

WHEREFORE, the Parties respectfully request this Court grant an order allowing an extension of time of 7 days, up to and including July 24, 2015, in which to reply to Defendant's motion to dismiss, and for Defendant to file its Reply on or before August 17, 2015.

Dated: July 7, 2015	Respectfully submitted,

/s/ Scott D. Owens
Scott D. Owens, Esq.
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL
Phone  954-589-0588
Fax     954-337-0666
scott@scottdowens.com
Attorney for Plaintiff

Dated: July 7, 2015	/s/ Brian Melendez
Brian Melendez
Dykema Gossett PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: 612-486-1589
Fax: 866-637-2804
bmelendez@dykema.com
Attorney for Defenant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ Scott D. Owens
       Scott D. Owens, Esq.