UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 0:15-cv-60716-WPD

| | | |
|---|---|---|
| DR. DAVID S. MURANSKY, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | **CLASS ACTION** |
| v. | ) ) | |
| GODIVA CHOCOLATIER, INC., a New Jersey corporation, | ) ) ) | |
| Defendant. | ) | |

**JOINT NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND
MOTION TO STAY ALL PROCEEDINGS, AND FOR RELATED RELIEF**

Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 23, hereby notify the Court that following a formal mediation, the parties have reached an agreement in principle to settle this case on a class-wide basis. However, the parties still need to negotiate and draft a formal class action settlement agreement and related papers, and submit the same to the Court for approval as required by Federal Rule 23(e). Accordingly, the parties hereby jointly request the following relief to facilitate that process and the completion of the settlement.

First, to avoid a waste of judicial resources and attorneys' fees, and allow the parties to focus on completing the settlement, the parties request that the Court relieve the parties from the need to comply with all pending deadlines other than any deadline set for submitting the settlement to the Court for approval.

Second, the parties request that the Court not issue a dismissal order at this point because the settlement still needs to be approved by the Court as required by Fed. R. Civ. P.

1

23(e). Specifically, the parties still need to work out the administrative details of the settlement, such as notice terms and procedures, selection of a class settlement administrator and related issues, and memorialize them in a formal agreement and motion for approval to be presented to the Court.

The parties propose to submit the settlement for preliminary approval within thirty (30) days of the date of this Motion.

## RELIEF REQUESTED

Wherefore, the parties request that the Court enter an order:

1. Staying all pending motions and relieving the parties from the need to comply with all pending deadlines other than the deadline for submitting the settlement to the Court for approval.

2. Setting a deadline of December 18, 2015 to submit the settlement to the Court for approval.

Respectfully submitted,

By: *s/ Scott D. Owens*
Scott D. Owens, Esq.
Florida Bar No. 0597651
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, Florida 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666
scott@scottdowens.com

Bret L. Lusskin, Jr., Esq.
Florida Bar No. 28069
BRET LUSSKIN, P.A.
20803 Biscayne Blvd., Ste 302
Aventura, Florida 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

By: *s/ Brian Melendez*
Brian Melendez,
Fla. Bar No. 0103559
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Ph. 612.486.1589
Fax 866.637.2804
bmelendez@dykema.com

| | |
|---|---|
| Michael Hilicki (pro hac vice) <br> Keogh Law LTD <br> 55 W. Monroe Street <br> Suite 3390 <br> Chicago, IL 60603 <br> Tel: 312−726−1092 <br> mhilicki@keoghlaw.com <br><br> Attorneys for Plaintiff <br>    Dr. David Muransky | SEIPP, FLICK & HOSLEY, LLP <br> Charles P. Flick, Fla. Bar No. 253324, <br>    cflick@seippflick.com <br> Shawn Y. Libman, Fla. Bar No. 10544, <br>    slibman@seippflick.com, <br>    krobertson@seippflick.com <br> Suite 800 <br> Two Alhambra Plaza <br> Coral Gables, FL 33134 <br> Ph. 305.995.6092 <br> Fax 305.995.6100 <br><br> Attorneys for Defendant <br>    Godiva Chocolatier, Inc. |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Scott D. Owens*