# APPENDIX 3

## Declaration of D. Muransky

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR. DAVID S. MURANSKY, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) CASE NO. 0:15-cv-60716-WPD |
| v. | ) ) ) |
| GODIVA CHOCOLATIER, INC., a New Jersey corporation, | ) ) ) |
| Defendant. | |

## DECLARATION OF DR. DAVID MURANSKY

I, Dr. David Muransky, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. 1746, that the following statements are true:

1. I am over the age of 18 and the named Plaintiff in this lawsuit.

2. I have personal knowledge of the facts stated herein, unless stated on information and belief, and if called upon to testify to those facts I could and would competently do so.

3. On March 31, 2015, I made a purchase at Godiva retail store at the Aventura Mall in Florida using my Visa card. The payment system used by the Godiva employee who took my card to process my payment printed a receipt for the transaction that revealed more than the last five digits of my credit card.

4. I understand that this lawsuit alleges that Godiva violated a federal law known as the Fair and Accurate Credit Transactions Act (FACTA) by allowing the payment system at its retail stores to print debit and credit card transaction receipts that reveal more than the last five digits of individuals' debit and credit cards.

5. I understand that this is a proposed class action and that I am the proposed class representative.

6. I understand that a class action is a lawsuit brought by at least one person on behalf of a group of people who have been treated in the same or essentially illegal manner by the defendant.

7. I understand that the proposed class here includes individuals for whom, like me, Godiva printed a transaction receipt that reveals more than the last five digits of their debit/credit card.

8. I understand, based on information provided by Godiva, that the proposed class has hundreds of thousands of potential members.

9. I am willing to be a representative of the class.

10. To my knowledge, I have no interests antagonistic to those of the class members. I believe my interests are entirely consistent with the class members' interests because I seek to remedy Godiva's common violation of our rights under FACTA.

11. I understand that as a class representative I have the responsibility: a) to consider the class's interests when making any decisions about the case and make all such decisions in the interests of the class, not just my own interests; b) to participate in the case and consult with my counsel about the case; c) and that I may be called upon to testify and provide documents and information for use in the case.

12. I have arranged for my attorneys to advance all costs of this action, including the cost of notification of the class.

13. I understand that I may be directed by the court in certain circumstances to pay costs on a pro rata basis.

14. I understand that courts have sometimes awarded people money for serving the class representative, but that I am not entitled to any such payment, and that I have not been promised or guaranteed money for being the class representative.

15. I am not employed by or related to either of my attorneys. They will be paid as directed by the Court, if the case is successful, out of the funds recovered for the class.

Executed in Broward County, Florida on January 22, 2016

_____
Dr. David Muransky

3