UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:15-cv-60716-WPD

Dr. David S. Muransky, individually and
on behalf of all others similarly situated,

                Plaintiff,

v.

Godiva Chocolatier, Inc.,

                Defendant.

## ORDER AMENDING
## ORDER GRANTING PRELIMINARY APPROVAL TO SETTLEMENT

THIS CAUSE is before the Court on the Parties' Stipulation and Joint Motion to Amend Order Granting Preliminary Approval to Settlement. [DE 45]. The Court having considered the Motion and noting that it is unopposed, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 45] is **GRANTED** as follows:

The Order Certifying Settlement Class, Granting Preliminary Approval of Settlement and Directing Notice to the Class, [DE 40], is amended as follows:

    a.    ¶11 is amended to state: "If Plaintiff or Godiva subpoena any non-party for information about the Settlement Class Members, such as contact information, that information shall be treated as confidential and not be disclosed to any person or entity other than Class Counsel, Counsel for Godiva, the Claims Administrator, and the Court. Likewise, any information received by the Claims Administrator that pertains to a particular Settlement Class Member, or information submitted in conjunction with a notice of exclusion (other than the identity of the entity requesting exclusion), shall not be disclosed to any other person or entity

other than Class Counsel, Counsel for Godiva, and the Court, and shall otherwise be treated as provided for in the Agreement. Likewise, any credit card numbers produced by a non-party may only be disclosed to the Claims Administrator and the Court, and may only be submitted to the Court at the Court's request and if filed under seal in accordance with S.D. L.R. 5.4."

    b.    ¶21 is amended to state:

| | |
|---|---|
| **May 24, 2016** | Deadline for notice of the Settlement to be sent to the Settlement Class Members |
| **July 24, 2016** | Deadline for Settlement Class Members to request exclusion or file any objections (Opt-Out and Objection Deadline) and file any statement of intention to appear at the fairness hearing |
| **July 24, 2016** | Deadline for Settlement Class Members to Submit a claim form (Claim Deadline) |
| **September 9, 2016** | Deadline for Parties to file the following:<br>(1) List of persons who made timely and proper requests for exclusion (under seal);<br>(2) Proof of Class Notice; and<br>(3) Motion and memorandum in support of final approval, including responses to any objections. |
| **September 21, 2016 at 2:00 p.m.** | Final Approval Hearing |

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 22nd day of March 2016.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record