UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO . 15-cv-60716-WPD/LSS

Dr. David Muransky, individually and on
behalf of all others similarly situated

        Plaintiff,

v.

Godiva Chocolatier, Inc.

        Defendant.
_____/

## UNOPPOSED MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF CONFIDENTIAL INFORMATION

Non-party Wells Fargo Bank, N.A. ("Wells Fargo"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), hereby moves for a protective order regarding non-public, private, and confidential customer information in order to allow production of such information and as grounds states:

1. On or about April 14, 2016[1], Plaintiff, Dr. David Muransky ("Plaintiff"), served Wells Fargo with a Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena").

2. The Subpoena seeks the non-public, private and confidential contact information of certain Wells Fargo account holders, which is protected by the Florida Constitution, Florida Statutes, and Florida Supreme Court. *See* Florida Constitution, Article I, Section 23; Fla. Stat. §655.059; and *Winfield v. Division of Pari-Mutuel Wagering, Dept. of Business Regulation*, 477

---

[1] Undersigned counsel agreed to accept service of the Subpoena on behalf of Wells Fargo on April 14, 2016.

So.2d 544, 548 (Fla. 1985); *Banc of America Investment Services, Inc. v. Barnett*, 997 So.2d 1154, 1157 (Fla. 3d DCA 2008).

3.  Wells Fargo is nonetheless willing to produce the requested names, addresses, and telephone numbers (the "Customer Contact Information") upon entry of an order by this Court permitting Wells Fargo's disclosure of the Customer Contact Information in accordance with the Subpoena and providing that the Customer Contact Information will be used only for the purposes of notifying class members of a settlement and shall not be disclosed to any other person or entity other than Class Counsel, Counsel for Godiva, and the Court, and shall otherwise be treated as provided for in accordance with the Order Amending Order Granting Preliminary Approval to Settlement. [DE 46].

4.  The Customer Contact Information shall be returned to Wells Fargo or destroyed within seven days after the settlement becomes final.

5.  Good cause exists for this request, as issuance of the order requested herein will enable Wells Fargo to produce the Customer Contact Information without violating its customers' privacy and/or other applicable rights.

6.  Plaintiff believes the subpoena Class Counsel issued to Wells Fargo is sufficient to justify production of the requested information, and that the order entered in this matter [DE 46] is sufficient to protect any privacy concerns. Nevertheless, to facilitate the production of the information, Plaintiff does not oppose the motion.

7.  Defendant has no objection to the relief sought in the motion.

WHEREFORE, Wells Fargo respectfully requests that the Court enter an Order substantially in the form of the [Proposed] Order on Motion for Protective Order Regarding Production of Confidential Information concurrently submitted herewith.

## RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(G), the undersigned has conferred with counsel for the Plaintiff and Defendant and this Motion is unopposed.

Respectfully Submitted,

By: s/. W Mason
Amy S. Rubin
Florida Bar No. 87629
arubin@foxrothschild.com
wpbeservice@foxrothschild.com
W Mason
wmason@foxrothschild.com
FOX ROTHSCHILD LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Telephone: (561) 804-4441
Facsimile: (561) 835-9602

*Attorneys for Non-Party, Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2016, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will provide copies to counsel of record who are registered to receive CM/ECF notifications and others in the manner specified.

s/. W Mason
Attorney

CASE NO: 15-CV-60716

**SERVICE LIST**

Scott David Owens
SCOTT D. OWENS, P.A.
3800 S. Ocean Drive
Suite 235
Hollywood, FL 33019
954-589-0588
954-337-0666 (fax)
scott@scottdowens.com
*Attorneys for plaintiff*

Michael Hilicki
Keogh Law LTD
55 W. Monroe Street
Suite 3390
Chicago, IL 60603
312-726-1092
mhilicki@keoghlaw.com
*Attorneys for plaintiff*

Bret Leon Lusskin Jr
Bret Lusskin, PA
20803 Biscayne Blvd
Suite 302
Aventura, FL 33180
blusskin@lusskinlaw.com

Patrick Christopher Crotty
The Law Office of Scott D. Owens
3800 S. Ocean Drive
Suite 235
Hollywood, FL 33019
954-589-0588
954-337-0666 (fax)
pccrotty@gmail.com

Amy S. Rubin
W Mason
Fox Rothschild LLP
222 Lakeview Avenue
Suite 700
West Palm Beach, FL 33401
Tel: 561/835-9600
Fax: 561/835-9602
arubin@foxrothschild.com
wmason@foxrothschild.com
*Attorneys for Non-Party Wells Fargo*

Brian Melendez
Dykema Gossett PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis MN  55402-3901
612/486-1589
Fax: 866/637-2804
bmelendez@dykema.com

Charles Philip Flick
Bowman and Brooke LLP
Two Alhambra Plaza
Suite 800
Miami, FL 33134
305/995-5604
Fax: 305/995-6100
Charles.flick@bowmanandbrooke.com

Shawn Y. Libman
Bowman and Brooke LLP
Two Alhambra Plaza
Suite 800
Miami, FL 33134
305/995-5604
Fax: 305/995-6100
Shawn.libman@bowmanandbrooke.com