UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-CV-60716-WPD

DR. DAVID S. MURANSKY, individually
and on behalf of all others similarly situated,

       Plaintiff,

vs.

GODIVA CHOCOLATIER, INC.,
a New Jersey corporation

       Defendant.
_____/

## ORDER REFERRING MOTION AND DISCOVERY

THIS CAUSE is before the Court on non-party Wells Fargo Bank, N.A.'s Motion for Protective Order (the "Motion") [DE's 47, 48], filed herein on April 26, 2016. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

In accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Motion and the above-captioned cause are referred to United States Magistrate Judge Lurana S. Snow for appropriate disposition of all discovery motions, and all motions that relate directly to these motions, such as motions for extension of time, motions for reconsideration, motions for sanctions.

**DONE AND ORDERED** in chambers in Fort Lauderdale, Broward County, Florida, this 27th day of April, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record

Magistrate Judge Snow