UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60716-CIV-DIMITROULEAS/Snow

DR. DAVID S. MURANSKY, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.

GODIVA CHOCOLATIER, INC., a New Jersey
corporation,

      Defendants.
_____/

## ORDER ON MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF CONFIDENTIAL INFORMATION

THIS CAUSE is before the Court on the Amended Unopposed Motion of third party Wells Fargo Bank, N.A. ("Wells Fargo") for Protective Order Regarding Production of Confidential Information (ECF No. 48) which was referred to Lurana S. Snow, United States Magistrate Judge. Having reviewed the file and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. Wells Fargo's Amended Motion for Protective Order Regarding Production of Confidential Information (ECF No. 48) is GRANTED.

2. Wells Fargo is hereby permitted to provide counsel for Plaintiff, Dr. David Muransky ("Plaintiff"), the requested names, addresses, and telephone numbers, notwithstanding that the subpoena served on Wells Fargo on April 14, 2016 seeks documents in which Wells Fargo contends that non-parties may have a legitimate expectation and/or right of privacy pursuant to federal and state constitutions, statute, or case law.

3. The names, addresses, and telephone numbers produced to Plaintiff by Wells Fargo shall be used only for the purposes of notifying class members of a settlement and evaluating their claims, shall not be disclosed to any other person or entity other than Class Counsel, Counsel

for Godiva, and the Court, and shall otherwise be treated as provided for in accordance with the Order Amending Order Granting Preliminary Approval to Settlement. [DE 46].

4. The Customer Contact Information shall be returned to Wells Fargo or destroyed within seven days after the settlement becomes final and no longer appealable.

5. The Unopposed Motion for Protective Order Regarding Production of Confidential Information (ECF No. 47), which was amended by the instant motion, is DENIED AS MOOT.

DONE AND ORDERED at Fort Lauderdale, Florida, this 28th day of April, 2016.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties