UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:15-cv-60716-WPD

---

Dr. David S. Muransky, individually and
on behalf of all others similarly situated,

                Plaintiff,

v.

Godiva Chocolatier, Inc.,

                Defendant.

---

**SECOND ORDER AMENDING
ORDER GRANTING PRELIMINARY APPROVAL TO SETTLEMENT**

___

THIS CAUSE is before the Court on the Parties' Second Stipulation and Joint Motion to Amend Order Granting Preliminary Approval to Settlement. The Court having considered the Motion it is hereby **ORDERED and ADJUDGED** as follows:

The Order Certifying Settlement Class, Granting Preliminary Approval of Settlement and Directing Notice to the Class, [ECF No. 40], as amended by [ECF No. 46], is amended as follows:

    a.    ¶21 is amended to state:

| | |
|---|---|
| **June 23, 2016** | Deadline for notice of the Settlement to be sent to the Settlement Class Members |
| **August 23, 2016** | Deadline for Settlement Class Members to request exclusion or file any objections (Opt-Out and Objection Deadline) and file any statement of intention to appear at the fairness hearing |
| **August 23, 2016** | Deadline for Settlement Class Members to Submit a claim form (Claim Deadline) |

DONE and ORDERED in Fort Lauderdale, Florida, this ___ day of May 2016.

                                                2

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies to:

All counsel of record and
unrepresented parties