UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:15-cv-60716-WPD

---

Dr. David S. Muransky, individually and
on behalf of all others similarly situated,

           Plaintiff,

    v.

Godiva Chocolatier, Inc.,

           Defendant.

---

## SECOND ORDER AMENDING
## ORDER GRANTING PRELIMINARY APPROVAL TO SETTLEMENT

---

THIS CAUSE is before the Court on the Parties' Second Stipulation and Joint Motion to Amend Order Granting Preliminary Approval to Settlement [DE 52], filed herein on May 11, 2016. The Court having considered the Motion, notes that it is agreed, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** that the Joint Motion [DE 52] is hereby **GRANTED** as follows:

The Order Certifying Settlement Class, Granting Preliminary Approval of Settlement and Directing Notice to the Class, [ECF No. 40], as amended by [ECF No. 46], is amended as follows:

    a.    ¶21 is amended to state:

| | |
|---|---|
| **June 23, 2016** | Deadline for notice of the Settlement to be sent to the Settlement Class Members |
| **August 23, 2016** | Deadline for Settlement Class Members to request exclusion or file any objections (Opt-Out and Objection Deadline) and file any statement of intention to appear at |

|  | the fairness hearing |
|---|---|
| **August 23, 2016** | Deadline for Settlement Class Members to Submit a claim form (Claim Deadline) |

DONE and ORDERED in Fort Lauderdale, Florida, this 11th day of May 2016.

Copies to:

All counsel of record and
unrepresented parties

WILLIAM P. DIMITROULEAS
United States District Judge