UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-cv-60716-WPD

Dr. David Muransky, individually and on
behalf of all others similarly situated

        Plaintiff,

v.

Godiva Chocolatier, Inc.

        Defendant.
_____/

**UNOPPOSED MOTION TO COMPEL REGARDING PRODUCTION OF
CONFIDENTIAL INFORMATION**

Plaintiff, Dr. David Muransky, by and through undersigned counsel, hereby moves for an order compelling non-party Fidelity Information Systems, LLC ("Fidelity") to produce non-public, private, and confidential customer information that is responsive to the subpoena sent by Plaintiff to Fidelity, and as grounds states:

1. On or about April 12, 2016, Plaintiff, Dr. David Muransky ("Plaintiff"), served Fidelity with a Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena").

2. The Subpoena seeks the non-public identifying and contact information of certain credit and debit account holders. More specifically, the Subpoena requests names, addresses, and telephone numbers of account holders for the purpose of providing notice of the Settlement to potential class members as previously ordered by the Court (the "Customer Contact Information").

3. Fidelity represents that it is not the card issuer nor in privity with the account holders, and that it only has Customer Contact Information by virtue of the fact that it provides certain services to various financial institutions with regard to the accounts at issue. Moreover,

Fidelity represents that the information is subject to various forms of confidentiality agreements that Fidelity entered into with the numerous non-parties financial institutions that issue the debit cards and Fidelity is not able to release this information absent an express order and further direction from this Court.

4. Fidelity will produce the Customer Contact Information upon entry of an order by this Court directing Fidelity's disclosure of the Customer Contact Information in accordance with the Subpoena and providing and ensuring that that the Customer Contact Information will only be used for the purposes of notifying class members of a settlement and evaluating their claims, and shall not be disclosed to any other person or entity other than Class Counsel, the Claims Administrator, Counsel for Godiva, and the Court, and shall otherwise be treated as confidential information as provided for in accordance with the Order Amending Order Granting Preliminary Approval to Settlement. [DE 46].

5. Class counsel further represents that the Customer Contact Information shall be returned to Fidelity or destroyed within thirty days after the settlement becomes final, *i.e.*, after the time for appeal of any final approval order has expired or any appeals are exhausted.

6. Although Plaintiff believes the subpoena issued to Fidelity is sufficient to justify production of the requested information by itself, good cause exists for this motion because issuance of the order requested herein will facilitate Fidelity's production of the Customer Contact Information despite its confidentiality agreements, and because Federal Rule 45 directs Class Counsel to take reasonable steps to avoid imposing an undue burden on subpoena respondents. Fed. R. Civ. P. 45(d)(1).

7. Fidelity does not oppose the motion and Defendant does not oppose this motion.

WHEREFORE, Plaintiff, Dr. David Muransky, respectfully requests that the Court enter an Order substantially in the form of the Proposed Order on Motion to Compel Regarding Production of Confidential Information concurrently submitted herewith.

### **RULE 3.01(G) CERTIFICATION**

Pursuant to Local Rule 3.01(G), the undersigned has conferred with counsel for the Plaintiff and Defendant and this Motion is unopposed.

Dated: May 23, 2016.

>*/s/ Scott D. Owens*
>SCOTT D. OWENS, Esq.
>3800 S. Ocean Drive, Ste. 235
>Hollywood, FL 33019
>Tel: 954-589-0588
>Fax: 954-337-0666
>scott@scottdowens.com
>
>BRET L. LUSSKIN, Esq.
>20803 Biscayne Blvd., Suite 302
>Aventura, Florida 33180
>Telephone: (954) 454-5841
>Facsimile: (954) 454-5844
>blusskin@lusskinlaw.com
>
>Michael S. Hilicki
>Keogh Law, LTD.
>55 W. Monroe St., Ste. 3390
>Chicago, Il 60603
>312.374.3403 (Direct)
>312.726.1092 (Main)
>312.726.1093 (Fax)
>mhilicki@KeoghLaw.com
>www.KeoghLaw.com
>
>*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically served through the Court's CM/ECF system this 23rd day of May, 2016, to: See attached Service List.

CASE NO: 15-CV-60716

## SERVICE LIST

**Scott David Owens**
SCOTT D. OWENS, P.A.
3800 S. Ocean Drive
Suite 235
Hollywood, FL 33019
954-589-0588
954-337-0666 (fax)
scott@scottdowens.com
*Attorneys for plaintiff*

**Michael Hilicki**
Keogh Law LTD
55 W. Monroe Street
Suite 3390
Chicago, IL 60603
312-726-1092
mhilicki@keoghlaw.com
*Attorneys for plaintiff*

Bret Leon Lusskin Jr
Bret Lusskin, PA
20803 Biscayne Blvd
Suite 302
Aventura, FL 33180
blusskin@lusskinlaw.com

Patrick Christopher Crotty
The Law Office of Scott D. Owens
3800 S. Ocean Drive
Suite 235
Hollywood, FL 33019
954-589-0588
954-337-0666 (fax)
pccrotty@gmail.com

Brian Melendez
Dykema Gossett PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402-3901
612/486-1589
Fax: 866/637-2804
bmelendez@dykema.com

Charles Philip Flick
Bowman and Brooke LLP
Two Alhambra Plaza
Suite 800
Miami, FL 33134
305/995-5604
Fax: 305/995-6100
Charles.flick@bowmanandbrooke.com

Shawn Y. Libman
Bowman and Brooke LLP
Two Alhambra Plaza
Suite 800
Miami, FL 33134
305/995-5604
Fax: 305/995-6100
Shawn.libman@bowmanandbrooke.com