UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-cv-60716

Dr. David Muransky, individually and on
behalf of all others similarly situated

        Plaintiff,

V.

Godiva Chocolatier, Inc.

        Defendant.
_____/

## ORDER ON MOTION TO COMPEL REGARDING PRODUCTION OF CONFIDENTIAL INFORMATION

**THIS CAUSE**, having come before the Court upon the Plaintiff's Motion to Compel Regarding Production of Confidential Information as to non-party Fidelity Information Systems, LLC ("Fidelity"), the Court having reviewed the file and being otherwise duly advised in the premises, it is,

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Compel Regarding Production of Confidential Information is hereby GRANTED.

2. Fidelity is hereby directed to promptly provide counsel for Plaintiff, Dr. David Muransky ("Plaintiff"), the subpoenaed names, addresses, and telephone numbers ("Customer Contact Information"), notwithstanding that the subpoena served on Fidelity on April 12, 2016, seeks information that Fidelity contends to be subject to certain confidentiality agreements.

3. The Customer Contact Information produced to Plaintiff by Fidelity shall be used only for the purposes of notifying class members of a settlement and evaluating their claims, shall not be disclosed to any other person or entity other than Class Counsel, the Claims

Administrator, Counsel for Godiva, and the Court, and shall otherwise be treated as provided for in accordance with the Order Amending Order Granting Preliminary Approval to Settlement. [DE 46].

    4.    The Customer Contact Information shall be returned to Fidelity or destroyed within thirty days after the settlement becomes final and no longer appealable.

**IT IS SO ORDERED**.

Dated: _____    _____
                                                                                 UNITED STATES MAGISTRATE JUDGE
                                                                                 LURANA S. SNOW

**CASE NO: 15-CV-60716**

**SERVICE LIST**

**Scott David Owens**
SCOTT D. OWENS, P.A.
3800 S. Ocean Drive
Suite 235
Hollywood, FL 33019
954-589-0588
954-337-0666 (fax)
scott@scottdowens.com
*Attorneys for plaintiff*

**Michael Hilicki**
Keogh Law LTD
55 W. Monroe Street
Suite 3390
Chicago, IL 60603
312-726-1092
mhilicki@keoghlaw.com
*Attorneys for plaintiff*

Bret Leon Lusskin Jr
Bret Lusskin, PA
20803 Biscayne Blvd
Suite 302
Aventura, FL 33180
blusskin@lusskinlaw.com

Patrick Christopher Crotty
The Law Office of Scott D. Owens
3800 S. Ocean Drive
Suite 235
Hollywood, FL 33019
954-589-0588
954-337-0666 (fax)
pccrotty@gmail.com

Brian Melendez
Dykema Gossett PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis MN  55402-3901
612/486-1589
Fax: 866/637-2804
bmelendez@dykema.com

Charles Philip Flick
Bowman and Brooke LLP
Two Alhambra Plaza
Suite 800
Miami, FL 33134
305/995-5604
Fax: 305/995-6100
Charles.flick@bowmanandbrooke.com

Shawn Y. Libman
Bowman and Brooke LLP
Two Alhambra Plaza
Suite 800
Miami, FL 33134
305/995-5604
Fax: 305/995-6100
Shawn.libman@bowmanandbrooke.com