UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60716-CIV-DIMITROULEAS/Snow

DR. DAVID S. MURANSKY, individually and on behalf
of all others similarly situated,

        Plaintiff,

v.

GODIVA CHOCOLATIER, INC., a New Jersey corporation,

        Defendant.
_____/

## ORDER ON MOTION TO COMPEL REGARDING PRODUCTION OF CONFIDENTIAL INFORMATION

THIS CAUSE is before the Court on the Plaintiff's Unopposed Motion to Compel Regarding Production of Confidential Information (ECF No. 54) which was referred to Lurana S. Snow, United States Magistrate Judge. Being fully advised, it is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion to Compel Regarding the Production of Confidentail Information (ECF No. 54) is GRANTED.

2. Fidelity is hereby directed to promptly provide counsel for Plaintiff, Dr. David Muransky ("Plaintiff"), the subpoenaed names, addresses, and telephone numbers ("Customer Contact Information"), notwithstanding that the subpoena served on Fidelity on April 12, 2016, seeks information that Fidelity contends to be the subject of certain confidentiality agreements.

3. The Customer Contact Information produced to Plaintiff by Fidelity shall be used only for the purposes of notifying class members of a settlement and evaluating their claims, shall not be disclosed to any other person or entity other than Class Counsel, the Claims Administrator, Counsel for Godiva, and the Court, and shall otherwise be treated as provided for in accordance with the Order Amending Order Granting Preliminary Approval to Settlement. [ECF No. 46]

    4. The Customer Contact Information shall be returned to Fidelity or destroyed within thirty days after the settlement becomes final and no longer appealable.

    DONE AND ORDERED at Fort Lauderdale, Florida, this 23rd day of May, 2016.

                    _____
                    LURANA S. SNOW
                    UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties