UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:15-cv-60716-WPD (Dimitrouleas/Snow)

DR. DAVID MURANSKY, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

GODIVA CHOCOLATIER, INC.

        Defendant.
_____/

## UNOPPOSED MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF CONFIDENTIAL INFORMATION

Non-party Citibank, N.A. ("Citi"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), hereby moves for a protective order regarding non-public, private and confidential customer information in order to allow production of such information and as grounds states:

1.    On or about April 12, 2016, plaintiff Dr. David Muransky, individually and on behalf of all others similarly situated ("Plaintiff"), served Citi with a Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena").

2.    The Subpoena seeks the non-public, private and confidential contact information of certain Citi account holders (the "Customer Contact Information").

3.    On April 28, 2016, Citi served its objections to the Subpoena on the grounds, among others, that the requested Customer Contact Information is non-public, private and

STROOCK & STROOCK & LAVAN LLP • MIAMI • NEW YORK • LOS ANGELES • WASHINGTON, DC
200 SOUTH BISCAYNE BOULEVARD, SUITE 3100, MIAMI, FL 33131-5323 TEL 305.358.9900 FAX 305.789.9302 WWW.STROOCK.COM

LA 51985661v1

confidential information in which Citi's customers have a legitimate expectation and/or right of privacy pursuant to federal and state constitutions, statute or case law.[1]

4. Citi is nonetheless willing to produce the requested Customer Contact Information upon entry of an Order by this Court permitting Citi's disclosure of the Customer Contact Information in accordance with the Subpoena and providing that the Customer Contact Information will be used in connection with the instant litigation only.

5. Good cause exists for this request, as issuance of the Order requested herein will resolve material objections to the Subpoena and enable Citi to produce the Customer Contact Information without violating its customers' privacy and/or other applicable rights.

WHEREFORE, Citi respectfully requests that the Court enter an Order substantially in the form of the [Proposed] Order Re Production of Confidential Information concurrently lodged herewith.

## RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned has conferred with counsel for Plaintiff and Defendant and this Motion is unopposed.

---

[1] Citi is aware of the parties' Stipulation and Joint Motion for Protective Order (Dkt. No. 41), which the Court entered in this action on January 28, 2016 (Dkt. No. 42) (together, the "Protective Order"), regarding the treatment of confidential, proprietary business information and documents provided in this action to effectuate the settlement. With this Motion, Citi also requests that the Court include in its order that Plaintiff and Defendant abide by the same terms of the Protective Order with respect to any information Citi provides in response to the Subpoena.

Dated:  May 27, 2016.                    Respectfully submitted,

                                         By:   /s/ *Brian C. Frontino*
                                               Brian C. Frontino, Esq.
                                               Florida Bar No. 95200
                                               STROOCK & STROOCK & LAVAN LLP
                                               200 South Biscayne Boulevard, Suite 3100
                                               Miami, Florida 33131
                                               Telephone:  (305) 358-9900
                                               Facsimile:  (305) 789-9302
                                               bfrontino@stroock.com
                                               rmora@stroock.com
                                               lacalendar@stroock.com

                                               Attorneys for Non-Party, Citibank, N.A.

STROOCK & STROOCK & LAVAN LLP • MIAMI • NEW YORK • LOS ANGELES • WASHINGTON, DC
200 SOUTH BISCAYNE BOULEVARD, SUITE 3100, MIAMI, FL 33131-5323 TEL 305.358.9900 FAX 305.789.9302 WWW.STROOCK.COM

LA 51985661v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served through the Court's CM/ECF system this 27th day of May, 2016, to:

| | |
|---|---|
| **Brian Melendez** <br> DYKEMA GOSSETT PLLC <br> 4000 Wells Fargo Center <br> 90 South Seventh Street <br> Minneapolis, MN 55402 <br> Ph. 612.486.1589 <br> Fax 866.637.2804 <br> bmelendez@dykema.com | **Charles P. Flick** <br> cflick@seippflick.com <br> **Shawn Y. Libman** <br> slibman@seippflick.com <br> krobertson@seippflick.com <br> SEIPP, FLICK & HOSLEY, LLP <br> Suite 800 <br> Two Alhambra Plaza <br> Coral Gables, FL 33134 <br> Ph. 305.995.6092 <br> Fax 305.995.6100 |
| **Scott David Owens** <br> **Patrick Christopher Crotty** <br> SCOTT D. OWENS, P.A. <br> 3800 S. Ocean Drive <br> Suite 235 <br> Hollywood, FL 33019 <br> 954-589-0588 <br> 954-337-0666 (fax) <br> scott@scottdowens.com | **Michael Hilicki** <br> KEOGH LAW LTD <br> 55 W. Monroe Street <br> Suite 3390 <br> Chicago, IL 60603 <br> 312-726-1092 <br> mhilicki@keoghlaw.com |
| **Bret Leon Lusskin , Jr.** <br> BRET LUSSKIN, P.A. <br> Suite 302 <br> 20803 Biscayne Boulevard <br> Aventura, FL 33180 | **Linda M. Reck** <br> **Michele Leneve Stocker** <br> GREENBERG TRAURIG LLP <br> Suite 2000 <br> 401 East Las Olas Boulevard <br> Fort Lauderdale, FL 33301 |

/s/ *Brian C. Frontino*
Brian C. Frontino, Esq.

STROOCK & STROOCK & LAVAN LLP • MIAMI • NEW YORK • LOS ANGELES • WASHINGTON, DC
200 SOUTH BISCAYNE BOULEVARD, SUITE 3100, MIAMI, FL 33131-5323 TEL 305.358.9900 FAX 305.789.9302 WWW.STROOCK.COM

LA 51985661v1