UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60716-CIV-DIMITROULEAS/Snow

DR. DAVID MURANSKY, individually and on behalf
of all others similarly situated,

      Plaintiff,

v.

GODIVA CHOCOLATIER, INC.,

      Defendant.
_____/

## ORDER ON MOTION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF CONFIDENTIAL INFORMATION

THIS CAUSE is before the Court on the Unopposed Motion of non-party Citibank, N.A. ("Citi") for Protective Order Regarding Production of Confidential Information (ECF No. 56) which was referred to Lurana S. Snow, United States Magistrate Judge.  The Court having reviewed the file and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. Citi's Motion for Protective Order Regarding Production of Confidential Information (ECF No. 56) is hereby GRANTED.

2. Any information and/or documents that Citi produces to counsel for plaintiff Dr. David Muransky ("Plaintiff") in response to Plaintiff's April 12, 2016 Subpoena to Citi to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena") shall be treated as and deemed confidential as provided in the Court's January 28, 2016 Protective Order (ECF No. 42) and the associated January 26, 2016 Stipulation and Joint Motion for Protective Order (ECF No. 41) to the extent that Citi so designates such information and/or documents as "Confidential" pursuant thereto.

3. Citi is hereby permitted to provide counsel for Plaintiff customer contact information described in the Subpoena, notwithstanding that the Subpoena seeks documents  in

which Citi contends that non-parties may have a legitimate expectation and/or right of privacy pursuant to federal and state constitutions, statute or case law.

      DONE AND ORDERED at Fort Lauderdale, Florida, this 2nd day of June, 2016.

                                            LURANA S. SNOW
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of record; and
Brian C. Frontino [bfrontino@stroock.com] *attorney for non-party Citibank, N.A.*