Cindy L. Hager
P.O. Box 27641
San Diego, CA 92198-1641
(858) 485 - 0469
July 19, 2016

United States District Court
for the Southern District of Florida
U.S. Federal Building and Courthouse
Courtroom 205F
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Re:   Objection to Muransky v Godiva Chocolatier, Inc.
      Case #15-cv-60716-WPD (S.D. Fla)

Dear US District Court Judge,

   I object to this lawsuit based on the fact that credit card receipts are needed. It is so hard this day and time to get a receipt let alone a receipt with the credit card's last four digits on it. It doesn't matter if they gave receipts with more than the last four digits on them because a receipt needs to show a person what credit card they used for the transaction. If someone is dim enough to not want a receipt and doesn't take the receipt, it is their own stupidity that allows the credit card number to be out there and get stolen.

   It is very hard to remember after a day or two, which credit card was used at a particular business and that information **must** be put on the receipt so that the customer can figure out their credit card bills.

   I specifically request that this lawsuit be settled for 0 dollars and that Godiva receives reimbursement for its expenses. The grounds for objection are listed above.

   Yes, I have submitted a claim form but only because if you make the mistake of giving the plaintiff any settlement at all, I want to receive what you are forcing Godiva to give out. If that happens, I will do with my

portion of the funds as I please, as opposed to it going to a charity of your choice.

    Thank you, in advance, for considering NOT to give the plaintiffs, including myself, any funds for this ridiculous lawsuit.

                                Sincerely,

                                *Cindy Hager* (signature)

                                Cindy Hager

Attachments:   Proof of Member   -   Lawsuit Notice to myself
                                            -   Submitted Claim Form receipt

Cc:   Michael S. Hilicki, Esq.
      Keogh Law, Ltd.
      55 West Monroe Street
      Suite 3390
      Chicago, IL 60603

Cc:   Brian Melendez
      Dykema Gossett, PLLC
      4000 Wells Fargo Center
      90 South Seventh Street
      Minneapolis, MN 55402-3903

*Muransky v. Godiva Chocolatier* Claims Administrator
P.O. Box 43403
Providence, RI 02940-3403

```
PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
SANTA ANA, CA
PERMIT NO. 626
```



Postal Service: Please do not mark barcode
P0002-S0076-B0001*******AUTO**5-DIGIT 92128
Claim#: GMY-10112545801-109965
Cindy L Hager
PO Box 27641
San Diego, CA 92198-1641

GMY

Carefully separate at perforation

*Muransky v. Godiva Chocolatier, Inc.*, Case No. 15-cv-60716-WPD, U.S.D.C. Southern District of Florida

**CLAIM FORM**

TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE **ALL** OF THE INFORMATION BELOW AND YOU **MUST** SIGN THIS CLAIM FORM. IF THIS CLAIM FORM IS SUBMITTED ONLINE, CLICKING "SUBMIT" WILL COUNT AS YOUR ELECTRONIC SIGNATURE.

If mailed, mail this form to: *Muransky v. Godiva Chocolatier* Claims Administrator, P.O. Box 43403, Providence, RI 02940-3403
YOUR CLAIM FORM MUST BE **SUBMITTED ELECTRONICALLY OR POSTMARKED ON OR BEFORE** AUGUST 23, 2016.

1. **CLAIMANT INFORMATION:**

   _____
   TELEPHONE NUMBER (optional)

   _____
   E-MAIL ADDRESS (if available)

   Name/Address Changes (if any):
   First Name: _____
   Last Name: _____
   Address: _____
   City: _____ State: _____ ZIP: _____

2. **AFFIRMATION:**

By signing below, I swear or attest that the information above is true and accurate. If I am not the above-named person, I swear or attest that I am acting on that person's behalf and have authority to act on his or her behalf. This Claim Form may be researched and verified by the Claims Administrator.

Signature: _____

Name (please print): _____

Date (mm/dd/yyyy): _____

QUESTIONS? VISIT www.GodivaFACTASettlement.com OR CALL 1-844-830-5222 or Class Counsel at 1-866-726-1092.

 10112545801    GMYCRD1

# Claim Form Receipt

> Thank You. Your claim form has been submitted. Please print this page as your receipt.

Your Claim Number is 10112545801. Please retain this number for your records.

Print

| | |
|---|---|
| Case Code: | **GMY** |
| Date: | **July 19, 2016** |

**CLAIMANT INFORMATION**

CINDY L HAGER
PO BOX 27641
SAN DIEGO, CA 92198-1641

| | |
|---|---|
| Contact phone number: | (858) 485-7830 |
| Email Address: | cindylhager@yahoo.com |

**CLAIM INFORMATION**

| | |
|---|---|
| Certification | **I swear or attest that the information above is true and accurate. If I am not the above-named person, I swear or attest that I am acting on that person's behalf and have authority to act on his or her behalf. This Claim Form may be researched and verified by the Claims Administrator.** |

Please print this page and retain it for your records.

For more information about the settlement and the claims filing process, please review the Class Notice.



www.kccllc.com

Home   File a Claim   Class Notice   Court Documents   Frequently Asked Questions

Kurtzman Carson Consultants   Terms of Use   Privacy Policy