UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: _15-60716_

STYLE: _Muransky v. Godiva_

DATE: _9-7-16_

The Chambers of the Honorable William P. Dimitrouleas has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

_____ Docket this document as a motion for_____

_____

_____ Docket this document as a response to the following motion:_____

_____

_____ Docket this document as an answer_____

_____ Docket this document as _____

__X__ Other: _File as Letter from St. Louis, MO_

_____

_____

Signed: _[signature]_

Name: _Tammy L Barlow_

Title: _Judicial Secy_

August 26 2016

Judge Dimitrouleas,

    Re: Muransky vs. Godiva

    So let me get this straight.

    My private, detailed, personal information as to my credit cards and their usage is given to eleven different law firms and the court, and further unknown parties.

    This is because the court finds that Godiva POTENTIALLY retained slightly more information on ONE transaction of mine, reserved in their files, which POSSIBLY, SOMETIME, MAY occasion a release of my very limited private information. This is without any allegation that such a release HAD occurred or was within a LIKELY PROSPECT of occurring.

    This may have been a minimal violation of a badly written federal regulation which should be enforced by a fine or order, but instead results in the expenditure of millions in legal expenses and court funds. But oh yeah, the vulture lawyers make millions of dollars after posing sincerely as diligently working for the public good, deeply concerned about the claim and the risk to their beloved citizens; then desperately gasp to find the next claim before another group of frauds can sign up a lead plaintiff.

    I will bet a thousand times my pittance recovery in this matter (if I had stooped to take it) that unclaimed money will then be placed in a fund to make sure this type of sleaze continues.

    After the lawyers stop laughing with their money in hand, shouldn't someone be embarrassed by all of this? I know it would be too much to ask for someone to pass over their superficial self-justification and feel shame.

    Nice goin'. Thanks for all your great work.