# APPENDIX 6

Bank Invoices



Please Direct All Correspondence to:
American Express
Attn: Subpoena Response Unit
43 Butterfield Circle
El Paso, TX 79906

April 12, 2016

Michael Hilicki
Keogh Law LTD
55 W Monroe St
Suite 3390
Chicago IL 60603

**RE: Dr. David Muransky V Godiva
Chocolatier, Inc.
Case No: 15CV60716
American Express File No: CI-HUA1**

Dear Michael Hilicki,

Enclosed, please find the electronic delivery of documents kept in the ordinary course of business responsive to your subpoena. The electronic files are formatted with Excel and are encrypted. A password to open the electronic files will be sent to your attention under separate cover.

The Cost for production of these Batch 1 documents is set forth below:

| Cost Source | Hours | Per hour | Total |
|---|---|---|---|
| Merchant Analyst efforts to convert data provided into account numbers | 92.77 | $22.00 | $2,040.94 |
| Data/time costs to produce names and addresses from above efforts. **IT Costs** | N/A | N/A | $834.95 |
| | | | **$2,875.89** |



If you have any questions, please feel free to contact us at 1-888-257-7775 and reference the above internal file number. We are available to assist you Monday through Friday from 9:00 a.m. to 4:00 p.m. Eastern Standard Time.

Please send a check payable to American Express **along with a copy of this invoice** by **May 12, 2016** to the address listed below. We do not accept cash payments.

**American Express**
Attention: Subpoena Response Unit
43 Butterfield Circle
El Paso, TX 79906
**Our TAX ID NUMER is 13-3133497**

Sincerely,

American Express Subpoena Response Unit
Ph: 1-888-257-7775 Fax: (772) 360-4756



Please Direct All Correspondence to:
American Express
Attn: Subpoena Response Unit
43 Butterfield Circle
El Paso, TX 79906

April 13, 2016

Michael Hilicki
Keogh Law LTD
55 W Monroe St
Suite 3390
Chicago IL 60603

**RE: Dr. David Muransky V Godiva
Chocolatier, Inc.
Case No: 15CV60716
American Express File No: CI-HUA1**

Dear Michael Hilicki,

Enclosed, please find the electronic delivery of documents kept in the ordinary course of business responsive to your subpoena. The electronic files are formatted with Excel and are encrypted. A password to open the electronic files will be sent to your attention under separate cover.

The Cost for production of these Batch 2 documents is set forth below:

| Cost Source | Hours | Per hour | Total |
|---|---|---|---|
| Merchant Analyst efforts to convert data provided into account numbers | 370 | 22.00 | $8,140.00 |
| Data/time costs to produce names and addresses from above efforts. **IT Costs** | N/A | N/A | $3,330.00 |
| | | | **$11,470.00** |



If you have any questions, please feel free to contact us at 1-888-257-7775 and reference the above internal file number. We are available to assist you Monday through Friday from 9:00 a.m. to 4:00 p.m. Eastern Standard Time.

Please send a check payable to American Express **along with a copy of this invoice** by **May 13, 2016** to the address listed below. We do not accept cash payments.

**American Express**
Attention: Subpoena Response Unit
 43 Butterfield Circle
El Paso, TX 79906
**Our TAX ID NUMER is 13-3133497**

Sincerely,

American Express Subpoena Response Unit
Ph: 1-888-257-7775 Fax: (772) 360-4756



Please Direct All Correspondence to:
American Express
Attn: Subpoena Response Unit
43 Butterfield Circle
El Paso, TX 79906

April 14, 2016

Michael Hilicki
Keogh Law LTD
55 W Monroe St
Suite 3390
Chicago IL 60603

**RE: Dr. David Muransky V Godiva
Chocolatier, Inc.
Case No: 15CV60716
American Express File No: CI-HUA1**

Dear Michael Hilicki

Enclosed, please find the electronic delivery of documents kept in the ordinary course of
business responsive to your subpoena. The electronic files are formatted with Excel and
are encrypted. A password to open the electronic files will be sent to your attention under
separate cover.

The Cost for production of these Batch 3 documents is set forth below:

| Cost Source | Hours | Per hour | Total |
|---|---|---|---|
| Merchant Analyst efforts to convert data provided into account numbers | 326.1 | $22.00 | $7174.20 |
| Data/time costs to produce names and addresses from above efforts. **IT Costs** | N/A | N/A | $2934.75 |
| | | | **$10,108.95** |



If you have any questions, please feel free to contact us at 1-888-257-7775 and reference the above internal file number. We are available to assist you Monday through Friday from 9:00 a.m. to 4:00 p.m. Eastern Standard Time.

Please send a check payable to American Express **along with a copy of this invoice** by **May 14, 2016** to the address listed below. We do not accept cash payments.

**American Express**
Attention: Subpoena Response Unit
43 Butterfield Circle
El Paso, TX 79906
**Our TAX ID NUMER is 13-3133497**

Sincerely,

American Express Subpoena Response Unit
Ph: 1-888-257-7775 Fax: (772) 360-4756



# CAPITAL BANK

### _Invoice for the Production of Records by Capital Bank_

August 5, 2016 (Records sent by "MOVEIt Email to: MHilicki@KeoghLaw.com)

Mr. Michael Hilihicki
Keogh law
55 W Monroe Street
Suite 3390
Chicago, Il  60603

Re:     Dr. David Muransky (Plaintiff) vs Godiva Chocolatier, Inc. (Defendant)

       Civil Action no: 15- v-60716

Research fee for producing documents for subject subpoena:  $50.00  (@ $25  per hour )

By:     Judi Napier
       Records Custodian

Remit to:        Records Custodian – Tax ID Number 80-0623883
               Capital Bank
               P O Box 1120
               Greeneville, TN  37744

**National Subpoena Processing**
**Mail Code IN1-4054**
**7610 West Washington Street**
**Indianapolis, Indiana 46231**

4/29/2016

Michael Hilicki
Keogh Law
55 W. Monroe Street, Suite 3390
Chicago, IL 60603

**RE: Dr. David Muransky v. Godiva Chocolatier, Inc.**
    **15-cv-60716**
    **Case ID: SB729513-I1**

1. Research: includes subpoena review, customer/account searching, locating/ordering
documents (if applicable), redaction (if applicable), quality review, case assembly and closure.

| | | |
|---|---|---|
| No. of Hours : 0.96 | $ 22 /hr | $ 21.12 |
| 2. Directly Incurred Offsite Paper Retrieval: | | $ 0.00 |
| 3. Directly Incurred Offsite Film Retrieval: | | $ 0.00 |
| 4. Copies of subpoenaed documents: | | |
| No. of Pages: 0 | $ 0.25 /pg | $ 0.00 |
| 5. Witness Appearance Fee : | | $ 0.00 |
| 6. Transportation Costs (Postage or Overnight) : | | $ 0.00 |
| 7. Other Amount : | | $ 0.00 |

TOTAL: $ 21.12

Less Amount Paid: $

TOTAL AMOUNT DUE: $ 21.12

**Federal Tax# 13-4994650**

Payment due 30 days upon receipt. Please remit payment to my attention at the above-referenced address and **return a copy of this invoice with your payment. Please make it payable to JPMorgan Chase Bank, N.A. and include the Case ID on your payment to ensure it is applied correctly.**

Please direct questions regarding this invoice to the Customer Service Support Team at 317-757-7422.

Sincerely,

SB729513-I1



**National Subpoena Processing**
**Mail Code IN1-4054**
**7610 West Washington Street**
**Indianapolis, Indiana 46231**

7/23/2016

Michael Hilicki
Keogh Law
55 W. Monroe Street, Suite 3390
Chicago, IL 60603

**RE:  Dr. David Muransky v. Godiva Chocolatier, Inc.**
       **15-cv-60716**
       **Case ID:  SB729513-I1**
       **Original Invoice Date: 4/22/2016**

**This is a 2nd request for payment of the Invoice for the above-referenced subpoena.  Please remit the TOTAL AMOUNT DUE upon receipt.**

1. Research: includes subpoena review, customer/account searching, locating/ordering
documents (if applicable), redaction (if applicable), quality review, case assembly and closure.
Billed Research Cost:                                                                    $ 21.12
2. Directly Incurred Offsite Paper Retrieval:                                            $ 0.00
3. Directly Incurred Offsite Film Retrieval:                                             $ 0.00
4. Copies of subpoenaed documents:
No. of Pages: 0                         $ 0.25 /pg                                        $ 0.00
5. Witness Appearance Fee :                                                              $ 0.00
6. Transportation Costs (Postage or Overnight) :                                         $ 0.00
7. Other Amount :                                                                        $ 0.00

                                                            TOTAL: $ 21.12
                                            Less Amount Paid:         $
                                            TOTAL AMOUNT DUE: $ 21.12

*Rates used are based on Federal, IRS or State specific fee schedules.  For states without a published fee schedule, federal rates are applied.*

**Federal Tax ID# 13-4994650**

Please remit payment to the above-referenced address and **return a copy of this invoice with your payment.  Please make it payable to JPMorgan Chase Bank, N.A. and include the Case ID on your payment to ensure it is applied correctly.**

Please direct questions regarding this invoice to the Customer Service Support Team at 1-317-757-7422.

Sincerely,


The Cost Reimbursement Team

 **Citizens Bank**

May 2, 2016

Attorney, Michael Hilicki
Keogh Law
55 W MOnroe Street Suite 33910
Chicago IL 60603

RE: CIV 15-cv-60716
RE Dr. David Muransky vs Godiva Chocolatier, Inc

Please remit payment of this bill along with a copy of this bill to the above address within 5 days of receipt of this letter. Please include our reference number indicated below on any payments and correspondence. Check should be made payable to **Citizens Bank, N.A.**.

| Type of Invoice | No. of Copies | Unit Price (copies) | No. of Hours | Unit Price (hours) | Sub Total |
|---|---|---|---|---|---|
| Research Hours | | | 1 | 25.00 | 25.00 |
| CD | 1 | 50.00 | | | 50.00 |
| | | | | **Total Fees** | 75.00 |

Regards,

Jennifer Cote
Assistant Keeper of Records
REF# 736062
888-799-0482



May 20, 2016


MICHAEL HILICKI
55 W. MONROE STREET, SUITE 3390
CHICAGO, IL 60603


| **Subject** | **Case Name:** | **DR DAVID MURANSKY V GODIVA CHOCOLATIER INC** |
| | **File No.:** | **15-CV-60716** |
| | **Our Reference No.:** | **CASE-16-001136** |
| | **Invoice #:** | **CASE-16-001136-001** |

Dear Mr. Hilicki:

The records requested in this matter are ready for release. The cost associated with the research and reproduction of these records is $90.00. I have enclosed an invoice that details these charges. Upon receipt of payment, records will be promptly mailed to you.

Please remit a check payable to Comerica Bank for the total amount due to the address below and include Comerica Reference Number (CASE-16-001136-001) on your check:

Comerica Bank
Legal Processing Services – MC 7546
39200 W Six Mile Road
Livonia, MI 48152

Sincerely,

*Ashley N Jones*
LPS Analyst
anjones@comerica.com
734-632-3237
Legal Processing Services – MC 7546
39200 W Six Mile Road
Livonia, MI 48152


Attachments: Copy of invoice

May 20, 2016

MICHAEL HILICKI
55 W. MONROE STREET, SUITE 3390
CHICAGO, IL 60603

| Subject | Case Name: | DR DAVID MURANSKY V GODIVA CHOCOLATIER INC |
|---|---|---|
| | File No.: | 15-CV-60716 |
| | Our Reference No.: | CASE-16-001136 |
| | Invoice #: | CASE-16-001136-001 |

Dear Mr. Hilicki:

The records requested in this matter are ready for release. The cost associated with the research and reproduction of these records is $90.00. I have enclosed an invoice that details these charges. Upon receipt of payment, records will be promptly mailed to you.

Please remit a check payable to Comerica Bank for the total amount due to the address below and include Comerica Reference Number (CASE-16-001136-001) on your check:

Comerica Bank
Legal Processing Services – MC 7546
39200 W Six Mile Road
Livonia, MI 48152

Sincerely,

*Ashley N Jones*

Ashley N Jones
LPS Analyst
anjones@comerica.com
734-632-3237
Legal Processing Services – MC 7546
39200 W Six Mile Road
Livonia, MI 48152

Attachments: Copy of invoice

---

INVOICE

Comerica Bank
Legal Processing Services – MC 7546
39200 W Six Mile Road
Livonia, MI 48152

This invoice is based on the **Civil - All other states** Rate Sheet of $30.00/hour of research, $30.00/hour of HR research, $0.30/page of production.

| | |
|---|---|
| **Case Manager:** Ashley N Jones<br>**Case Name:** DR DAVID MURANSKY V GODIVA CHOCOLATIER INC<br>**Case No.:** 15-CV-60716<br>**Our Reference No.:** CASE-16-001136<br>**Invoice #:** CASE-16-001136-001<br>**Comerica's Tax ID:** 42-1741646 | TO:<br>MICHAEL HILICKI<br>KEOGH LAW, LTD<br>55 W. MONROE STREET, SUITE 3390<br>CHICAGO, IL 60603 |

We are assessing a charge of for the reproduction and retrieval of the information and/or records per your request. The details of these charges are as follows:

You have selected to use the **Civil - All other states** Rate Sheet of $30.00/hour of research, $30.00/hour of HR research, $0.30/page of production.

| Case Research and Analysis Fees | Civil - All other states | |
|---|---|---|
| Product Type | # of Research Hours | Amount |
| Deposit & Safe Deposit Box | 3.00 | $90.00 |
| SUBTOTAL | 3.00 | $90.00 |

| GRAND TOTAL | | $90.00 |
|---|---|---|

Immediately upon receipt of this invoice, please remit a check payable to Comerica Bank for the total amount due to the address above.

Please include Our Reference Number (CASE-16-001136-001) on all correspondence.



July 20, 2016


MICHAEL HILICKI
55 W. MONROE STREET,
SUITE 3390
CHICAGO, IL 60603


| Subject | Case Name: | **DR DAVID MURANSKY V GODIVA CHOCOLATIER INC** |
| | File No.: | **15-CV-60716** |
| | Our Reference No.: | **CASE-16-001136** |

Dear MICHAEL HILICKI:

Please find enclosed a statement for the above referenced case. Our records indicate that you have an amount past due.

Please immediately remit a check payable to Comerica Bank for the total amount due to the address below and include Comerica Reference Number (CASE-16-001136) on your check:

> **Comerica Bank**
> **Legal Processing Services - MC 7546**
> **39200 W Six Mile Road**
> **Livonia, MI 48152**

Thank you,

*Ashley N Jones,* LPS Analyst
anjones@comerica.com
734-632-3237
Legal Processing Services - M/C 7546
P.O. Box 75000
Detroit, Michigan 48275



# STATEMENT

Comerica Bank
Legal Processing Services – MC 7546
39200 W Six Mile Road
Livonia, MI 48152

**Case Manager:** Ashley N Jones
**Case Name:** DR DAVID MURANSKY V
GODIVA CHOCOLATIER INC
**Case No.:** 15-CV-60716
**Our Reference No.:** CASE-16-001136
**Comerica's Tax ID:** 42-1741646

TO:
MICHAEL HILICKI
55 W. MONROE STREET,
SUITE 3390
CHICAGO, IL 60603

| Item | Date | Amount | Balance |
|------|------|--------|---------|
| Invoice CASE-16-001136-001 | 5/20/2016 | $90.00 | $90.00 |
| | Case balance | | **$90.00** |

Immediately upon receipt of this statement, please remit a check payable to **Comerica Bank** for the total balance due to the address above.

Please include Our Reference Number (CASE-16-001136) on all correspondence.



INVOICE

Comerica Bank
Legal Processing Services – MC 7546
39200 W Six Mile Road
Livonia, MI  48152

This invoice is based on the **Civil - All other states** Rate Sheet of **$30.00**/hour of research, **$30.00**/hour of HR research, **$0.30**/page of production.

| |
|---|
| **Case Manager:** Ashley N Jones |
| **Case Name:** DR DAVID MURANSKY V |
| GODIVA CHOCOLATIER INC |
| **Case No.:** 15-CV-60716 |
| **Our Reference No.:** CASE-16-001136 |
| **Invoice #:** CASE-16-001136-001 |
| **Comerica's Tax ID:** 42-1741646 |

TO:
MICHAEL HILICKI
KEOGH LAW, LTD
55 W. MONROE STREET, SUITE 3390
CHICAGO, IL 60603

We are assessing a charge of for the reproduction and retrieval of the information and/or records per your request.  The details of these charges are as follows:

You have selected to use the **Civil - All other states** Rate Sheet of **$30.00**/hour of research, **$30.00**/hour of HR research, **$0.30**/page of production.

| **Case Research and Analysis Fees** | Civil - All other states | |
|---|---|---|
| **Product Type** | **# of Research Hours** | **Amount** |
| Deposit & Safe Deposit Box | 3.00 | $90.00 |
| **SUBTOTAL** | 3.00 | $90.00 |

| **GRAND TOTAL** | $90.00 |
|---|---|

Immediately upon receipt of this invoice, please remit a check payable to Comerica Bank for the total amount due to the address above.

Please include Our Reference Number (CASE-16-001136-001) on all correspondence.

Fifth Third Bank
5050 Kingsley Drive
MD: 1MOC2Q
Cincinnati, OH 45263



FIFTH THIRD BANK™

MICHAEL S HILICKI
KEOGH LAW LTD
55 W MONROE STREET
SUITE 3390
CHICAGO          IL     60603-

**Date:** 5/17/2016

**Fifth Third ID:**    135499

**RE:**    DR DAVID MURANSKY,  GODIVA CHOCOLATLER

### Subpoena Research Billing Invoice

This is your invoice for the costs incurred by Fifth Third Bank to respond to your subpoena. It is due and payable upon receipt. Please make your payment payable to "Fifth Third Bank Legal Entry," include the Fifth Third ID on your check, and remit payment to the address listed above. If you have any questions please call Legal Operations at (513) 358-9355.

| Type of Item: | QTY | Cost Per Item | Item Total |
|---|---|---|---|
| Postage/Delivery | 1 | $7.66 | $7.66 |
| Research Hours | 36.25 | $10.00 | $362.50 |
| | | **TOTAL:** | $370.16 |
| | | **LESS TOTAL PAYMENT** | $0.00 |
| | | **TOTAL DUE:** | $370.16 |

**CC:**    akrol

Regions Bank
Subpoena Group - Legal Department
201 Milan Parkway
Birmingham, AL 35211
Tax ID#63-0371391
(205)420-7000

# INVOICE

TO: Keogh Law, Ltd
Michael Hilicki
55 W Monroe Street
Suite 3390
Chicago, Illinois 60603

**INVOICE DATE:** 4/29/2016

**INVOICE NUMBER:** 42250

**MATTER ID:** 28-300671

**MATTER NAME:** Dr. David Muransky vs. Godiva Chocolatier, Inc

| Quantity | Description | Unit Price | Amount |
|----------|-------------|------------|--------|
| 30.00 | Research Time | 30.00 | 900.00 |
| | | Total Current Billing: | 900.00 |
| | | Previous Balance Due: | 0.00 |
| | | **Total Now Due:** | **900.00** |

## PAYMENT DUE UPON RECEIPT

Please Remit To:

Regions Bank
Subpoena Group - Legal Department
201 Milan Parkway
Birmingham, AL 35211

Please include the Invoice Number on your check for payment and/or a copy of this invoice.

# REGIONS BANK

Legal Processing Section
201 Milan Parkway
Birmingham, AL  35211
Tax ID# 63-0371391

June 24, 2016

---

## Past Due Statement

Keogh Law, Ltd

Michael Hilicki
55 W Monroe Street
Suite 3390
Chicago, Illinois 60603

| | |
|---|---|
| **INVOICE DATE:** | **4/29/2016** |
| **INVOICE** | **42250** |
| **MATTER ID:** | **28-300671** |
| **MATTER NAME:** | **Dr. David Muransky vs. Godiva Chocolatier, Inc** |

**Total Now Due:**        900.00

Please Remit to:
Regions Bank
Legal Department
201 Milan Parkway
Birmingham, AL  35211
(205) 420-4790


**SUNTRUST**

SunTrust Bank
Subpoena Department – FL ORL 7136
P.O. Box 620577
Orlando, FL 32862-0577

Date: 05/20/2016          Invoice Reference #:SS-73194

MICHAEL HILICKI
KEOGH LAW
55 W. MONROE ST.
SUITE 3390
CHAICAGO, IL 60603
312-726-1092
FAX #: _____

RE: Subpoena for: **GODIVA CHOCOLATIER, INC**

☒ Enclosed please find the bank documents responsive to the subpoena.
☐ Signature Card/Corporate Resolution cannot be located.
☐ Invalid account number/closed account
☐ The requested information is beyond the records retention period
☐ Based upon the information provided, we are unable to locate records for the designated person or entity. Please provide additional information and we will renew our search (i.e., full SSN, TIN, account #, address and DOB).

| Description | Qty | Rate | Total |
|---|---|---|---|
| Research/Production Time | | n/a | 100.00 |
| | | | |
| WITNESS FEES | | | |
| Federal Express | Shipping & Handling | | |
| **SunTrust Tax ID: 58-0466330** | | TOTAL: | 100.00 |

**Please include a copy of this Invoice with your payment**

Payment should be sent to:
SunTrust Bank
Attn: Subpoena Department
FL ORL 7136
P.O. Box 620577
Orlando, FL 32862-0577

If you have any questions, please contact:

Ja'mese Sconiers
(407) 762-5575



INVOICE NUMBER:  16578A          COPY          LEGAL PROCESSING
DATE:          **04/26/16**                              INVOICE

| TO: | DOCUMENTS REGARDING: |
|---|---|
| Keogh Law Ltd.<br>Attn: Michael S. Hilicki<br>55 W. Monroe St., Ste. 3390<br>Chicago, IL 60603 | Muransky v. Godiva<br>15-cv-60716 |

| QTY. | DESCRIPTION | UNIT PRICE | | TOTAL |
|---|---|---|---|---|
| 25 | Research and Retrievals (hours) | $30.00 | $ | 750.00 |
| | | $0.00 | $ | - |
| | | | | |
| | | TOTAL DUE | $ | 750.00 |

Please make checks payable to:

TCF NATIONAL BANK
**LEGAL PROCESSING, MAIL CODE OPS-SD-G**
4101 W. 38TH ST.
SIOUX FALLS, SD 57106

If you have any questions, please call me at (605) 323-2540 M-F 8-5.  Thank you.
**Please send the invoice marked "copy" along with your payment.**

Matthew Douglas

SIGNATURE: