UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-CV-60716-WPD

DR. DAVID S. MURANSKY, individually
and on behalf of all others similarly situated,

        Plaintiff,

vs.

GODIVA CHOCOLATIER, INC.,
a New Jersey corporation

        Defendant.
_____/

## ORDER REFERRING MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES TO MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Motion for Award of Attorneys' Fees and Expenses (the "Motion") [DE 76], filed herein on September 12, 2016. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

In accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Motion is hereby referred to United States Magistrate Judge Lurana S. Snow for a report and recommendation.

**DONE AND ORDERED** in chambers in Fort Lauderdale, Broward County, Florida, this 13th day of September, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record
Magistrate Judge Snow