UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-cv-60716-WPD

Dr. David Muransky, individually and on
behalf of all others similarly situated

       Plaintiff,

v.

Godiva Chocolatier, Inc.

       Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY
AT THE SEPTEMBER 21, 2016 FINAL APPROVAL HEARING**

Plaintiff, Dr. David Muransky, respectfully requests permission for one of his counsel, Michael Hilicki, to appear telephonically at the Final Approval Hearing set for September 21, 2016 at 2:00 p.m. In support, Plaintiff states as follows:

1. The Final Approval Hearing in this matter is set for September 21, 2016 at 2:00 p.m. [ECF 46 at 2].

2. The attorney primarily responsible for preparing the motion in support of final approval, Michael Hilicki, has planned and still plans to attend the hearing to give a presentation on the motion. However, due to Mr. Hilicki's personal circumstances, Plaintiff requests permission to allow Mr. Hilicki to participate by telephone. The birth of Mr. Hilicki's second child is past due and, given the ever-increasing proximity of that event to the hearing, it would work a hardship on Mr. Hilicki and his family for him to need to travel to attend the hearing in person. Accordingly, Plaintiff asks that Mr. Hilicki be allowed to appear at the hearing by telephone.

3.  Mr. Hilicki's fellow class counsel, Scott Owens and Bret Lusskin, will still attend the hearing in person.

## MEMORANDUM OF LAW

It is within the sole discretion of the Court to permit a telephonic appearance. *Mohammadkhani v. Anthony, No.* CVS-02-0095-KJD-LRL, 2007 WL 2325162, at *3 (D. Nev. Aug. 10, 2007). Mr. Hilicki was principally responsible for preparing Plaintiff's Motion for Final Approval, and is the most familiar with the specific issues to be addressed in that motion. However, under the circumstances described above, it would cause a hardship if he were not allowed to attend the hearing on the motion telephonically.

**WHEREFORE** Plaintiff respectfully requests that the Court grant his counsel, Michael Hilicki, permission to appear telephonically at the Final Approval Hearing set for September 21, 2016 at 2:00 p.m.

## RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), Plaintiff's counsel conferred with Defendant's counsel on relief requested in this motion and Defendant does not oppose it.

Dated: September 14, 2016.

                Respectfully submitted,

                By: */s/ Scott D. Owens*
                Scott D. Owens, Esq.
                Florida Bar No. 0597651
                SCOTT D. OWENS, P.A.
                3800 S. Ocean Drive, Ste. 235
                Hollywood, FL 33019
                Telephone: (954) 589-0588
                Facsimile: (954) 337-0666
                scott@scottdowens.com

                Bret L. Lusskin, Jr., Esq.
                Florida Bar No. 28069
                BRET LUSSKIN, P.A.

        20803 Biscayne Blvd., Ste 302
Aventura, FL 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

Michael S. Hilicki (*pro hac vice*)
Illinois Bar No. 6225170
KEOGH LAW, LTD
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
Telephone: (312) 726-1092
Facsimile: (312) 726-1093
mhilicki@keoghlaw.com
*Class Counsel*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14 September 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Scott D. Owens*
     Scott D. Owens, Esq.