UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-60716-CIV-DIMITROULEAS

DR. DAVID S. MURANSKY, individually
and on behalf of all others similarly situated,

      Plaintiff,

vs.

GODIVA CHOCOLATIER, INC.,
a New Jersey corporation

      Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
### FOR COUNSEL TO APPEAR TELEPHONICALLY
### AT THE SEPTEMBER 21, 2016 FINAL APPROVAL HEARING

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion to Appear Telephonically at the September 21, 2016 Final Approval Hearing (the "Motion") [DE 80], filed herein on September 14, 2016.  The Court has carefully considered the Motion [DE 80], notes that it is unopposed, and is otherwise fully advised in the premises.

Mr. Hilicki explains that it would work a hardship on Mr. Hilicki and his family for him to need to travel to attend the hearing in person, but that his co-counsel, Scott Owens and Bret Lusskin, will attend the hearing in person.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Motion [DE 80] is **GRANTED**; and

2. Plaintiff's counsel, Michael Hilicki, may appear telephonically at the September 21, 2016 Final Approval Hearing.[1]

**DONE AND ORDERED** in Chambers, Ft. Lauderdale, Broward County, Florida this 15th day of September, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record

---

[1] Mr. Hilicki shall call in to phone number (954) 769-5567 five minutes prior to the hearing.