UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:15-CV-60716-DIMITROULEAS/SNOW

Dr. David S. Muransky, individually and on behalf of all others similarly situated,

            Plaintiff,

v.

Godiva Chocolatier, Inc.,

            Defendant.

**ORDER GRANTING CLASS MEMBER ERIC ALAN ISAACSON'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN RESPONSE TO PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEYS' FEES**

THIS CAUSE is before the Court on class member Eric Alan Isaacson's Unopposed Motion for Leave to File Supplemental Brief in Response to Plaintiff's Motion for Final Approval and Motion for Attorneys' Fees [DE 83] ("the Motion"), filed herein on September 16, 2016. The Court has considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Motion [DE 83] is **GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of September, 2016.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record