UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:15-CV-60716-WPD

Dr. David S. Muransky, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

Godiva Chocolatier, Inc.,

        Defendant.

## DECLARATION OF ERIC ALAN ISAACSON IN SUPPORT OF SUPPLEMENTAL BRIEF IN RESPONSE TO PLAINTIFF'S MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEYS' FEES

I, Eric Alan Isaacson, declare as follows:

1. I am over the age of eighteen, make this declaration based on my personal knowledge and, if called as a witness, would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Dr. David S. Muransky in the matter of *A Aventura Chiropractic Center, Inc. v. Med Waste Management*, LLC, No. 1:12-cv-21695-CMA, DE108-3 at 41-42 (ECF pp.12-13).

3. Attached hereto as Exhibit B is a true and correct copy of the postcard claim form I received in the above-captioned matter, as well as my claim form receipt.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the transcript of my deposition taken in the above-captioned matter on September 2, 2016.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 16, 2016 in San Diego, California.

Eric Alan Isaacson

## CERTIFICATE OF SERVICE

### CASE NO. 0:15-CV-60716-WPD

I hereby certify that on September 20, 2016, I filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

Date:  September 20, 2016

                                                                           s/ John W. Davis
                                                                           John W. Davis