

Please Direct All Correspondence to:
American Express
Attn: Subpoena Response Unit
43 Butterfield Circle
El Paso, TX 79906

April 6, 2016

Michael Hilicki
Keogh Law LTD
55 W Monroe St
Suite 3390
Chicago IL 60603

**RE: Dr. David Muransky V Godiva Chocolatier, Inc.
Case No: 15CV60716
American Express File No: CI-HUA1**

Dear Sir/Madam,

Enclosed, please find the electronic delivery of documents kept in the ordinary course of business responsive to your subpoena. The electronic files are formatted with Excel and are encrypted. A password to open the electronic files will be sent to your attention under separate cover.

The Cost for production of these Batch 1 documents is set forth below:

| Cost Source | Hours | Per hour | Total |
|---|---|---|---|
| Merchant Analyst efforts to convert data provided into account numbers | 92.77 | $22.00 | $2,040.94 |
| Data/time costs to produce names and addresses from above efforts. **IT Costs** | N/A | N/A | $834.95 |
| | | | $2,875.89 |



If you have any questions, please feel free to contact us at 1-888-257-7775 and reference the above internal file number. We are available to assist you Monday through Friday from 9:00 a.m. to 4:00 p.m. Eastern Standard Time.

Please send a check payable to American Express **along with a copy of this invoice** by **May 6, 2016** to the address listed below. We do not accept cash payments.

**American Express**
Attention: Subpoena Response Unit
43 Butterfield Circle
El Paso, TX 79906
**Our TAX ID NUMER is 13-3133497**

Sincerely,

American Express Subpoena Response Unit
Ph: 1-888-257-7775 Fax: (772) 360-4756



Please Direct All Correspondence to:
American Express
Attn: Subpoena Response Unit
43 Butterfield Circle
El Paso, TX 79906

April 29, 2016

Michael Hilicki
Keogh Law LTD
55 W Monroe St
Suite 3390
Chicago IL 60603

**RE: Dr. David Muransky V Godiva Chocolatier, Inc.
Case No: 15CV60716
American Express File No: CI-HUA1**

Dear Michael Hilicki

Enclosed, please find the electronic delivery of documents kept in the ordinary course of business responsive to your subpoena. The electronic files are formatted with Excel and are encrypted. A password to open the electronic files will be sent to your attention under separate cover.

The Cost for production of these documents is set forth below:

| Cost Source | Hours | Per hour | Total |
|---|---|---|---|
| Merchant Analyst efforts to convert data provided into account numbers | 370 | 22.00 | $8140.00 |
| Data/time costs to produce names and addresses from above efforts. **IT Costs** | N/A | N/A | $3330.00 |
| | | | **$11,470** |



If you have any questions, please feel free to contact us at 1-888-257-7775 and reference the above internal file number. We are available to assist you Monday through Friday from 9:00 a.m. to 4:00 p.m. Eastern Standard Time.

Please send a check payable to American Express **along with a copy of this invoice** by **April 29, 2016** to the address listed below. We do not accept cash payments.

> **American Express**
> Attention: Subpoena Response Unit
>   43 Butterfield Circle
> El Paso, TX 79906
> **Our TAX ID NUMER is 13-3133497**

Sincerely,

American Express Subpoena Response Unit
Ph: 1-888-257-7775 Fax: (772) 360-4756



April 29, 2016

Michael Hilicki
Keogh Law LTD
55 W Monroe St
Suite 3390
Chicago IL 60603

**RE: Dr. David Muransky V Godiva Chocolatier, Inc.
Case No: 15CV60716
American Express File No: CI-HUA1**

Dear Michael Hilicki

Enclosed, please find the electronic delivery of documents kept in the ordinary course of business responsive to your subpoena. The electronic files are formatted with Excel and are encrypted. A password to open the electronic files will be sent to your attention under separate cover.

The Cost for production of these documents is set forth below:

| Cost Source | Hours | Per hour | Total |
|---|---|---|---|
| Merchant Analyst efforts to convert data provided into account numbers | 326.1 | $22.00 | $7174.20 |
| Data/time costs to produce names and addresses from above efforts. **IT Costs** | N/A | N/A | $2934.75 |
| | | | **$10,108.95** |



If you have any questions, please feel free to contact us at 1-888-257-7775 and reference the above internal file number. We are available to assist you Monday through Friday from 9:00 a.m. to 4:00 p.m. Eastern Standard Time.

Please send a check payable to American Express **along with a copy of this invoice by April 29, 2016** to the address listed below. We do not accept cash payments.

> **American Express**
> Attention: Subpoena Response Unit
> 43 Butterfield Circle
> El Paso, TX 79906
> **Our TAX ID NUMER is 13-3133497**

Sincerely,

American Express Subpoena Response Unit
Ph: 1-888-257-7775 Fax: (772) 360-4756