UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| DR. DAVID MURANSKY, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )    NO. 0:15-cv-60716-WPD ) (Dimitrouleas/Snow) |
| GODIVA CHOCOLATIER, INC. | ) ) |
| Defendant. | ) ) |

## OBJECTOR JAMES H. PRICE'S NOTICE OF APPEAL

Objecting class member James H. Price hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the <u>Order of Final Approval and Judgment</u> (DE 99) of this Court approving the class action settlement, denying the objections filed by various class members, awarding attorneys' fees to class counsel in the amount of $2,100,000, and awarding Plaintiff Dr. David Muransky an incentive payment of $10,000 for his efforts in this case.

Respectfully submitted, this 7th day of October, 2016.

            *s/ W. Allen McDonald*
            W. Allen McDonald, Esq.
            249 N. Peters Road
            Suite 101
            Knoxville, TN 37923-4917
            Tel: (865) 246-0800

            *Counsel for James H. Price*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was submitted electronically through the Court's Electronic Filing System ("ECF"). Notice of this filing will be sent by operation of the Court's ECF to all parties indicated on the electronic filing receipt, including:

Michael S. Hilicki, Esq.
KEOGH LAW, LTD.
55 West Monroe Street
Ste. 3390
Chicago, IL 60603

Brian Melendez
DYKEMA GOSSETT, PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3903

This 7th day of October, 2016.

*/s/ W. Allen McDonald*
W. Allen McDonald