UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DR. DAVID S. MURANSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GODIVA CHOCOLATIER, INC., A New Jersey corporation,<br><br>Defendant. | Case No. 0:15-cv-60716-WPD<br><br>**DECLARATION OF JAY GERACI RE: ANTICIPATED ADDITIONAL ADMINISTRATIVE COSTS RESULTING DUE TO POTENTIAL APPEAL** |

I, **JAY GERACI** declare:

1. I am a Senior Project Manager at Kurtzman Carson Consultants LLC ("KCC"), located at 3301 Kerner Boulevard, San Rafael, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The supplemental estimate of additional expenses attached as Exhibit A is true and correct.

1

Declaration of JAY GERACI Re: Notice Procedures

1  I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true
2  and correct to the best of my knowledge and that this declaration was executed this 17th day of October
3  2016 at Novato, California.

_____
JAY GERACI

# Exhibit A



**Administration Services Estimate**
*Muransky v. Godiva Chocolatier, Inc.*
**Supplemental Estimate - Appeals Period**
**October 17, 2016**
Robert P. DeWitte; RDeWitte@kccllc.com; 773.791.4510

| | Assumed Length of Appeal: | 12 months | | | |
|---|---|---|---|---|---|
| **APPEALS ESTIMATE** | **RESPONSE RATE** | **QUANTITY** | **RATE PER UNIT** | **ESTIMATED COST** | **TOTAL** |
| **Website Updates & Maintenance** | | | | | |
| - Update Case Website | | | | | |
| - Maintenance | | | | | |
| - Server Space rental | | | | | |
| Sub-total of Website Updates & Maintenance | | | | | $3,200 |
| **Automated Call Support** | | | | | |
| - Update Toll-Free Line (x2 - at start and at end of appeals period) | | | | | |
| - Script Drafting and Management | | | | | |
| - Monthly Maintenance Fees | | | | | |
| - Projected # of Calls | | 4,000 calls | | | |
| - Average Call Duration (minutes) | | 3 mins | | | |
| - IVR Line Charges | | 12,000 mins | | | |
| Sub-total of Automated Call Support | | | | | $6,010 |
| **Print/Mail Checks (Estimated Additional Costs Resulting from Delay)** | | | | | |
| - NCOA Updates | | 47,779 units | | | |
| - Print/Mail Checks | | 47,779 units | | *(included in initial estimate)* | |
| - Distribution Management | | | | *(included in initial estimate)* | |
| - Forwarding of Returned Checks with USPS Forwarding Addresses | 2.0% | 956 units | | | |
| - Data Entry for Re-mails to New Addresses | | 956 units | | | |
| - Returned Undeliverable Mail | 5.0% | 2,389 units | | | |
| - Handling of Returned Undeliverable Mail | | | | *(included in initial estimate)* | |
| - Reissue Checks | | 2,389 units | | | |
| Sub-total of Print/Mail Checks (Estimated Additional Costs Resulting from Delay) | | | | | $16,281 |
| Plus Estimated Postage* | | | | | $1,104 |
| Sub-total of Print/Mail Checks (Estimated Additional Costs Resulting from Delay), Plus Estimated Postage* | | | | | $17,384 |
| **Case Management and Correspondence Processing** | | | | | |
| Sub-total of Case Management and Correspondence Processing | | | | | $5,000 |
| **Estimated Additional Costs From Appeal** | | | | | $31,594 |

| **OTHER SERVICES AND OUT-OF-POCKET EXPENSES** | **RESPONSE RATE** | **QUANTITY** | **RATE PER UNIT** | **ESTIMATED COST** | **TOTAL** |
|---|---|---|---|---|---|
| Other Services and Ad Hoc Reporting, as needed or requested | | | | (standard hourly rates) | |
| Other Charges and Out-of-Pocket Costs*** | | | | (actual) | |

\* Estimated Postage and Handling.
\*\* Does not include applicable taxes.
\*\*\* Includes, but is not limited to long distance calls, overnight shipping, photocopies, storage, PO Box rentals, broker fees, etc.

This Class Action Administration Services Estimate and the attached Cost Summary & Scope of Services (together, the "Proposal") are valid for ninety days from 10/17/2016.  After such period, KCC reserves the right to amend the Proposal (including, without limitation, by increasing fees and costs) or to withdraw the Proposal in its sole discretion.

All services to be provided to the undersigned (the "Client") and all fees and costs set forth in the Proposal are subject to the terms, specifications, assumptions and conditions set forth in the Proposal and the attached Terms and Conditions (the "Terms of Service").

KCC Class Actions Services, LLC

BY: _____   DATE: _____
TITLE: _____


Keogh Law Ltd.

BY: _____   DATE: _____
TITLE: _____