UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

C‍ASE N‍O. 0:15-‍CV-60716-WPD

Dr. David S. Muransky, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

Godiva Chocolatier, Inc.,

        Defendant.

## NOTICE OF APPEAL

Notice is hereby given that objecting class member Eric Alan Isaacson appeals to the United States Court of Appeals for the Eleventh Circuit from all appealable orders including the Order of Final Approval and Judgment (DE 99) entered on September 28, 2016, and Order Denying Appeal of Magistrate Order (DE 98) entered on September 28, 2016.

Date:  October 25, 2016

Respectfully submitted,

    s/ John W. Davis
John W. Davis (FL Bar No. 193763)
john@johnwdavis.com
Law Office of John W. Davis
501 W. Broadway, Suite 800
San Diego, CA  92101
Telephone:  (619) 400-4870
Facsimile:  (619) 342-7170

*Attorney for class member Eric Alan Isaacson*

## CERTIFICATE OF SERVICE

### Case No. 0:15-cv-60716-WPD

I hereby certify that on October 25, 2016, I filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

Date: October 25, 2016

                                                         s/ John W. Davis
                                                          John W. Davis